IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACCESS CARE MSO, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-07273 |
| ) | |
| OBERHEIDEN LAW GROUP PLLC and ) | |
| NICK OBERHEIDEN ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Oberheiden Law Group PLLC and Nick Oberheiden, by and through their attorneys Wilson Elser Moskowitz Edelman & Dicker LLP, for their Motion for an Extension of Time to Answer or Otherwise Plead, states as follows:

1. Oberheiden Law Group PLLC and Nick Oberheiden removed the case to federal court on October 31, 2018.

2. Wilson Elser Moskowitz Edelman & Dicker LLP ("Wilson Elser") were recently retained by Defendants to protect their interests in the above-referenced matter.

3. Wilson Elser filed its appearance on behalf of Oberheiden Law Group PLLC and Nick Oberheiden on December 5, 2018.

4. Wilson Elser needs additional time to speak with its clients regarding the substance of the responsive pleading.

5. Counsel requests an additional twenty-one (21) days from the date of its appearance to answer or otherwise plead.

6. After conferring with opposing counsel, there is no objection to this extension.

2624737v.1

WHEREFORE, Defendants Oberheiden Law Group PLLC and Nick Oberheiden respectfully request that this Court grant their Motion for Extension of Time to Answer or Otherwise plead, allowing Oberheiden Law Group PLLC and Nick Oberheiden to respond to the Complaint, whether by motion, answer or otherwise on or before December 26, 2018.

Dated: December 5, 2018

Respectfully submitted,

**OBERHEIDEN LAW GROUP PLLC and NICK OBERHEIDEN**

/s/ Kimberly E. Blair

Kimberly E. Blair
Joseph J. Stafford
Wilson Elser, LLP
55 West Monroe, Suite 3800
Chicago, IL 60601
Tel: 312.821.6139
Fax: 312-704-1522

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the aforesaid document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system and/or U.S. Mail. Parties may access this filing through the Court's system.

David J. Fish
The Fish Law Firm, P.C.
200 E. Fifth Avenue, Suite 123
Naperville, IL 60563
dfish@fishlawfirm.com
kunze@fishlawfirm.com
khilton@fishlawfirm.com

/s/ Kimberly E. Blair